# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 13-2200 Lois Alt, et al. v. Chesapeake Bay Foundation, Inc |
| **Originating No. & Caption** | 2:12-cv-42-JPB Lois Alt, et al. v. U.S. EPA, et al. |
| **Originating Court/Agency** | U.S District Court for the Northern District of West Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | July 30, 2013 | |
| Date notice of appeal or petition for review filed | September 25, 2013 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? Order denying intervention | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

01/30/2013
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◯ Yes | ⦿ No |
| Has transcript been filed in district court? | ◯ Yes | ⦿ No |
| Is transcript order attached? | ◯ Yes | ⦿ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◯ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ◯ No |
| Does case involve question of first impression? | ◯ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ◯ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This appeal arises from the complaint filed by Lois Alt d/b/a/ Eight Is Enough against the United States Environmental Protection Agency on June 14, 2014, seeking a ruling that EPA does not have jurisdiction to order a Concentrated Animal Feeding Operation (CAFO) to obtain a permit required by the Clean Water Act ("CWA") National Pollutant Discharge Elimination System (NPDES) for a stormwater discharge. Several groups were allowed to intervene as plaintiffs and defendants. A motion to dismiss filed by the United States was denied. Chesapeake Bay Foundation, Inc. (CBF) filed a motion to intervene as of right, and alternatively, permissively, as a defendant. The District Court denied CBF's motion. The Order denying intervention is final with respect to CBF as the Order concludes CBF's participation in the case. The parties have fully briefed their respective Cross-Motions for Summary Judgment. At the time of this filing, the district court has not ruled upon those motions. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Did the District Court err in denying the Chesapeake Bay Foundation, Inc.'s motion to intervene as of right?<br><br>2. Did the District Court err in denying the Chesapeake Bay Foundation, Inc. permissive intervention? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Lois Alt d/b/a Eight is Enough<br><br>Attorney: David L. Yaussy<br>Address: Robinson & McElwee, PLLC<br>P.O. Box 1791<br>Charleston, WV 25326<br><br>E-mail: dly@ramlaw.com<br><br>Phone: (304) 344-5800 | Adverse Party: American Farm Bureau Federation<br><br>Attorney: Peter G. Zurbuch<br>Address: Busch, Zurbuch & Thompson, PLLC<br>P.O. Box 1819<br>Elkins, WV 2641<br><br>E-mail: pzurbuch@bztlaw.com<br><br>Phone: (304) 636-3560 |
| **Adverse Parties (continued)** ||
| Adverse Party: West Virginia Farm Bureau<br><br>Attorney: Peter G. Zurbuch<br>Address: Busch, Zurbuch & Thompson, PLLC<br>P.O. Box 1819<br>Elkins, WV 2641<br><br>E-mail: pzurbuch@bztlaw.com<br><br>Phone: (304) 636-3560 | Adverse Party: U.S. Environmental Protection Agency<br><br>Attorney: Cynthia J. Morris<br>Address: United States Department of Justice<br>Environment and Natural Resources Div.<br>P.O. Box 7611<br>Washington, D.C. 20044<br><br>E-mail: c.j.morris@usdoj.gov<br><br>Phone: (202) 616-7554 |

| Appellant (Attach additional page if necessary.) | |
|---|---|
| Name: Chesapeake Bay Foundation, Inc.<br><br>Attorney: Jon A. Mueller<br>Address: Chesapeake Bay Foundation, Inc.<br>6 Herndon Ave.<br>Annapolis, MD 21403<br><br>E-mail: jmueller@cbf.org<br><br>Phone: (443) 482-2162 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| Signature: /s/ Jon Mueller    Date: October 9, 2013 | |
| Counsel for: Chesapeake Bay Foundation, Inc. | |

**Certificate of Service**: I certify that on October 9, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

|   |   |
|---|---|
|   |   |

| Signature: | Date: October 9, 2013 |
|---|---|

Adverse Parties (continued)

Adverse Party: Potomac Riverkeeper
Attorney: Christopher Stroech
Address: Arnold and Bailey
208 N. George Street
Charles Town, WV 25414
E-mail: cstroech@acbattorneys.com
Phone: (304) 725-2002


Adverse Party: West Virginia Rivers Coalition
Attorney: Christopher Stroech
Address: Arnold and Bailey
208 N. George Street
Charles Town, WV 25414
E-mail: cstroech@acbattorneys.com
Phone: (304) 725-2002


Adverse Party: Waterkeeper Alliance
Attorney: Christopher Stroech
Address: Arnold and Bailey
208 N. George Street
Charles Town, WV 25414
E-mail: cstroech@acbattorneys.com
Phone: (304) 725-2002


Adverse Party: Center for Food Safety
Attorney: Christopher Stroech
Address: Arnold and Bailey
208 N. George Street
Charles Town, WV 25414
E-mail: cstroech@acbattorneys.com
Phone: (304) 725-2002


Adverse Party: Food and Water Watch
Attorney: Christopher Stroech
Address: Arnold and Bailey
208 N. George Street
Charles Town, WV 25414

E-mail: cstroech@acbattorneys.com
Phone: (304) 725-2002