# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-2200__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Waterkeeper Alliance, Inc.__

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__s/ Eve Gartner__
(signature)

| | |
|---|---|
| Eve Gartner | 212-845-7381 |
| Name (printed or typed) | Voice Phone |
| Earthjustice | 212-918-1556 |
| Firm Name (if applicable) | Fax Number |
| 156 William St., Suite 800 | |
| New York, NY 10038 | egartner@earthjustice.org |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __Oct. 10, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

```
James Banks, Adam Siegel, and Joanne Rotundi      Marsha W. Kauffman, Robinson & McElwee, PLLC
Hogan Lovells US LLP, Columbia Square             400 5th 3rd Center, 700 Virginia Street, East
555 13th St., NW, Washington, DC 20004            P.O. Box 1791, Charleston, WV 25326

Patrick Charles McGinley                          Amanda Shafer Berman, USDOJ
737 South Hills Drive, Morgantown, WV 26505       601 D Street, NW, Washington, DC 20004

Kelly Hunter Foster, Waterkeeper Alliance, Inc.   Paige Tomaselli and Elisabeth Holmes
50 South Buckhout, Irvington, NY 10533            Center for Food Safety, 2nd Floor
                                                  303 Sacramento Street, San Francisco, CA 94111
```

__s/ Eve Gartner__                                                        __10/10/13__
Signature                                                                 Date

11/17/2011
SCC