# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 15, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No.  13-2200,       Chesapeake Bay Foundation v. Lois Alt
                    2:12-cv-00042-JPB

TO:    Joanne Rotondi

FILING CORRECTION DUE:  October 18, 2013

Please make the correction identified below and file a corrected document by the date indicated.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ x ] The court will enter an appearance only for counsel who are members in good standing of the court's bar and have an active ECF account.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Cathy Tyree, Deputy Clerk
804-916-2704