# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CHANGE IN NAME/CONTACT INFORMATION

Name, address, e-mail address, fax number, and phone number changes must be immediately reported to the Clerk's Office. You may fax this change of name/contact information form to (804) 916-2713. The fax number may be used only for that purpose. This form may be mailed to United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517, or may be filed electronically and thereby served on opposing counsel in your pending cases.

This form is used to update counsel's information in the Fourth Circuit's CM/ECF database. It does not update counsel's information in the district court's database or the judicial conference database and does not affect counsel's involvement in a case. A motion to withdraw or notice of withdrawal must be filed in any case in which counsel wishes to terminate participation.

**THE CLERK IS HEREBY NOTIFIED OF THE FOLLOWING CHANGE(S)**
**(PLEASE PRINT OR TYPE LEGIBLY)**

DATE EFFECTIVE: _____

CHANGE APPLIES TO:     (attorney/party only)
                       (entire firm)

| PREVIOUS INFORMATION | NEW INFORMATION |
|---|---|
| Name: | Name: |
| Firm Name: | Firm Name: |
| Address: | Address: |
| Phone #: | Phone #: |
| Fax #: | Fax #: |
| E-mail: | E-mail: |

_____        _____
Date                          Signature

06/25/2012
JJQ