**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR                                                                           TELEPHONE
    CLERK                                                                                  (804) 916-2700

January 29, 2014

David L. Yaussy
Robinson & McElwee, PLLC
400 5th 3rd Center
700 Virginia Street, East
P. O. Box 1791
Charleston, WV 25326-1791

James T. Banks
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109

Joanne Rotondi
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109

Aaron Peter Avila
U. S. Department of Justice
Environment & Natural Resources Division
P. O. Box 7415
Washington, DC 20026-3795

Betsy C. Jividen, Assistant U. S. Attorney
Office of the United States Attorney
1125 Chapline Street
P. O. Box 591
Wheeling, WV 26003-0000

Peter Christoph Krzywicki
U. S. Department of Justice
Environment & Natural Resources Division
P. O. Box 7415
Washington, DC 20026-3795

Paige M. Tomaselli
Center for Food Safety
2nd Floor
303 Sacramento Street
San Francisco, CA 94111

Susan Jill Kraham, Esq.
Morningside Heights Legal Services, Inc.
Environmental Law Clinic
Columbia University School of Law
435 West 116th Street
New York, NY 10027-0000

Eve Carol Gartner
Earthjustice
19th Floor
48 Wall Street
New York, NY 10005

Jon Alan Mueller
Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD 21403-0000

    Re:    No. 13-2200, Lois Alt, etc., et al. v. Chesapeake Bay Foundation, Inc.
                 2:12-cv-00042-JPB

Dear Counsel:

In light of the amendments to the captions in Case No. 13-2527(L) and related cases, it appears that the caption in this case should be amended to reflect that the United States Environmental Protection Agency, Center for Food Safety, Food & Water Watch, Potomac Riverkeeper, West Virginia Rivers Coalition and Waterkeeper Alliance, Incorporated are "Defendants" rather than "Defendants-Appellees."  Please respond to this letter within 10 days only if it is your position that the caption should not be amended.  If you agree that the caption should be amended, no response is necessary.

    Sincerely,

    /s/ Mark J. Zanchelli
    _____
    Chief Deputy Clerk

MJZ:abw